**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS LEMON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     NO. 2:22-CV-01239-MMB |
| | : |
| UNIVERSITY OF PENNSYLVANIA | : |
| HEALTH SYSTEM d/b/a THE TRUSTEES | : |
| OF THE UNIVERSITY OF | : |
| PENNSYLVANIA and PENN MEDICINE, | : |
| | : |
| Defendants. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Thomas Lemon ("Plaintiff") and Defendant The Trustees of The University of Pennsylvania ("Defendant"), incorrectly identified in the caption as "University of Pennsylvania Health System d/b/a The Trustees of The University of Pennsylvania" and "Penn Medicine," by and through their undersigned counsel, hereby agree and stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims by Plaintiff against Defendant are dismissed with prejudice, with each party to bear his or its respective costs, expenses, and attorneys' fees.

Agreed to this 13th day of February, 2023.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**          **FISHER & PHILLIPS LLP**

*/s/ Christine E. Burke*                          */s/ Todd Alan Ewan*
Christine E. Burke, Esquire                 Todd Alan Ewan, Esquire
Robert B. Koehler, Esquire                  Michael R. Galey, Esquire
J. Patrick Griffin, Esquire                     Kelsey E. Schiappacasse, Esquire
Karpf, Karpf & Cerutti, P.C.                 Two Logan Square, 12th Floor
Two Greenwood Square, Suite 128        100 N. 18th Street
Bensalem, PA 19020                           Philadelphia, PA 19130
cburke@karpf-law.com                        tewan@fisherphillips.com
rkoehler@karpf-law.com                      mgaley@fisherphillips.com
pgriffin@karpf-law.com                       kschiappacasse@fisherphillips.com

*Attorneys for Plaintiff Thomas Lemon*      *Attorneys for Defendant The Trustees of The University of Pennsylvania*

**SO ORDERED AND APPROVED:**

_____
**MICHAEL M. BAYLSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Date: _____

2